**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **JESSIE LEE BROWN,** | : | |
| | : | |
| **Plaintiff,** | : | **NO. 4:25-CV-00276-CDL-AGH** |
| **VS.** | : | |
| | : | |
| **Sheriff COUNTRYMAN,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

_____

## **ORDER**

Before the Court are three motions in which Plaintiff raises new claims and requests injunctive relief.  ECF Nos. 9, 12, 13.  The Court entered judgment in this action on December 22, 2025.  ECF No. 8.  Plaintiff's motions provide no grounds for relief from judgment.  *See* ECF Nos. 9, 12, 13.  Therefore, they will not be construed under Rule 59 or Rule 60 of the Federal Rules of Civil Procedure. Because judgment has been entered in this civil action, Plaintiff's motions (ECF Nos. 9, 12, 13) are **DENIED** as moot.

**SO ORDERED**, this 23rd day of March, 2026.


S/Clay D. Land_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA